UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE MONGALO, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>CROCS, INC.,<br><br>      Defendant. | Case No.  24-cv-09037-TLT<br><br>**QUESTIONS FOR THE HEARING**<br><br>Re: Dkt. No. 46 |

**I.   PLAINTIFFS' OMISSION CLAIM**

    A.    **To Plaintiffs:** Plaintiffs argue that "Defendant does not place any notice or warning on the Products informing consumers of shrinkage upon exposure to hot environments, including direct sunlight, nor does Defendant include instructions to store the Products in a dark, cool space when not in use."  FAC ¶ 67.

        i. Do Plaintiffs allege that *any* exposure to hot environments causes shrinkage, or have Plaintiffs identified a specific amount of time and threshold temperature for which heat exposure causes shrinkage?

Plaintiff is *ordered* to respond in writing by **January 5, 2026**.  A timely response will allow the Court to take the matter under submission and prevent unnecessary travel.

If the parties are requesting that the matter be submitted on the briefing, this should also be included in the written response. See L.R. 7-1(b) (authorizing courts to dispense with oral argument on any motion except where an oral hearing is required by statute).

IT IS SO ORDERED.

Dated: December 30, 2025

_____
TRINA L. THOMPSON
United States District Judge